**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ERIKA RASCON,**<br><br>**Plaintiff**<br><br>**vs.**<br><br>**ROCKWALL COUNTY, TEXAS; DEPUTY JEFFREY WALLS, in his individual capacity; CITY OF WYLIE; JOHN/JANE DOE DEPUTIES 1-5, in their individual capacities; and JOHN/JANE DOE WYLIE POLICE OFFICERS 1-5, in their individual capacities,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-cv-03216-L** |

**DEFENDANTS ROCKWALL COUNTY, DEPUTY JEFFREY WALLS, AND DEPUTY TREY WILLIAMS' NOTICE OF MANUAL FILING**

TO THE HONORABLE JUDGE OF SAID COURT:

**PLEASE TAKE NOTICE** that Defendants Rockwall County, Texas, Jeffrey Walls, and Deputy Trey Williams have manually filed the following item in connection with *Defendants Rockwall County, Deputy Jeffrey Walls, and Deputy Trey Williams' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State Claims Upon Which Relief can be Granted; and Defendant Rockwall County's Motion to Dismiss for Lack of Subject Matter Jurisdiction as to Plaintiff's Negligence Claim* (ECF No. 31) filed on September 14, 2026:

- 1 USB drive containing native video exhibits identified in Exhibit A to the Motion.

Accordingly, Defendants submit the foregoing materials to the Clerk for inclusion in the record of this matter.

Respectfully submitted,

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**
State Bar No. 00784256
henninger@mdjwlaw.com
**FRANCISCO J. VALENZUELA**
State Bar No. 24056464
valenzuela@mdjwlaw.com
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
214-420-5500
214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANTS ROCKWALL COUNTY, TEXAS, DEPUTY JEFFREY WALLS. AND DEPUTY TREY WILLIAMS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys and parties of record.

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**