


Exhibit A