# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ERIKA RASCON<br>*Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00573 |
| | § | |
| | § | |
| ROCKWALL COUNTY ET AL<br>*Defendant* | § | |
| | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

LLG National Law Group PC, with offices at

539 W. Commerce St. Ste 4233
(Street Address)

| | | |
|---|---|---|
| Dallas | TX | 75208 |
| (City) | (State) | (Zip Code) |
| 9152063510 | | |
| (Telephone No.) | (Fax No.) | |

**II.** Applicant will sign all filings with the name Renee Walker.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Erika Rascon

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

Texas, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
____________

Bar license number: 16958480 Admission date: 5.1991

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Texas Eastern District | 2026 | Active |
| Texas Southern District | 2026 | Active |
| California Central District | 2026 | Active |
| California Eastern District | 2026 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

NA

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

A grievance was dismissed having to do with a client unhappy about a low settlement but where the judge had warned him that he had dirty hands and was seeking primarily equitable remedies in divorce and trial would be harsh on him. He was also unhappy about release of third party nursing home. grievance was dismissed.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Misuse of vehicle - dismissed. Halloween mix up.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
| --- | --- |
| 8/3/2026 | Nandakumar vs. University of Texas Southwestern Medical System, |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

______________________________, who has offices at

(Street Address)

(City) (State) (Zip Code)

(Telephone No.) (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 23 day of September, 2026.

Renee Walker
Printed Name of Applicant

Renee Walker
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Renee Walker**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of May, 1991.

I further certify that the records of this office show that, as of this date

**Renee Walker**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 3rd day of August, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7308C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.